THE LAW OFFICE OF
ALBERTO R. LEAL, ESQ., P.A.

Alberto R. Leal, Esquire     E-Mail: albertolealesq@gmail.com     Office: (954) 637-1868

October 20, 2025

**VIA CERTIFIED MAIL & EMAIL**
Darika Saekow
3005 Fern Crest Ave
North Las Vegas, NV 89031
(415) 564-0913
ddsplants@gmail.com

Re: Cease and Desist – Defamation and Online Harassment of New Moon Reptiles, LLC & Two Amigos Import & Export, Inc.

Dear Ms. Saekow:

This firm represents New Moon Reptiles, LLC & Two Amigos Import & Export, Inc. ("our client"). If you are currently represented by legal counsel, please forward this correspondence to them immediately.

It has come to our attention that you, under your personal identity and/or your business entity DD's Plants, have been engaging in a pattern of defamatory conduct against our client. Specifically, you have made multiple online statements referring to New Moon Reptiles, LLC & Two Amigos Import & Export, Inc. as "animal killers" and similar false, inflammatory, and harmful characterizations.

These statements are categorically false, defamatory per se, and are causing significant reputational harm and commercial damages to our client. Your comments are not only baseless but appear to be vindictive in nature and serve no legitimate purpose. They are designed to maliciously discredit our client's business and tarnish their professional standing in the community and within their industry.

This letter serves as a formal demand that you:

1. Immediately cease and desist from making or publishing any further false, misleading, or defamatory statements—whether written or spoken—about New Moon Reptiles, LLC or its owners, agents, or affiliates;
2. Remove all existing defamatory content from any online platforms, forums, social media accounts, or other public forums under your control or influence by no later than November 1, 2025;

THE LAW OFFICE OF
ALBERTO R. LEAL, ESQ., P.A.

Alberto R. Leal, Esquire          E-Mail: albertolealesq@gmail.com          Office: (954) 637-1868

3. Inform any and all colleagues or social media followers that have reposted your defamatory statements or messages that said post is improper and should be immediately retracted by no later than November 1, 2025; and
4. Refrain from any further conduct that could be deemed harassing, libelous, or defamatory in nature toward our client.

Please be advised that if you fail to comply with the demands set forth in this letter, our client is prepared to pursue all available legal remedies without further notice to you. This includes, but is not limited to:

- Filing a Federal defamation lawsuit against you personally and your business, DD's Plants;
- Seeking monetary damages, including punitive damages, for harm caused to our client's reputation and business;
- Petitioning the court for a civil injunction to prevent further defamatory and harassing conduct.

This letter is not intended to be a complete statement of the facts or law and is written without prejudice to any and all of our client's rights and remedies, all of which are expressly reserved.

We strongly advise you to treat this matter with the seriousness it warrants and consult with your own legal counsel immediately.

Sincerely,

*/s/ Alberto R. Leal, Esq.*