# DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, __Yesenia Salmeron__, declare as follows:

1. I am __Owner/Manager__ (Position) of Plaintiff New Moon Reptiles, LLC and of Plaintiff Two Amigos Import & Export, Inc. (collectively, "Plaintiffs"). I am over the age of 18, competent to testify, and make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.
2. Plaintiffs are Florida-based businesses engaged in the importation, breeding, and sale of reptiles. We rely heavily on participation in industry trade shows (such as the NARBC Tinley expo), online sales, and relationships with customers and vendors nationwide.
3. In or around January 2025, Defendant Darika Saekow became aware of an incident involving some of our reptiles while under the control of a third-party shipment provider which unfortunately resulted in the death of our reptiles.
4. Beginning in October 2025, Defendant began posting false and inflammatory statements about Plaintiffs on her Instagram account, which has over 40,000 followers, many of whom are in the reptile industry. These posts accused Plaintiffs of being abusive towards animals causing painful animal deaths through indifference and greed and included or referenced personal details about me and my family.
5. Defendant also published private correspondence showing that Plaintiffs were banned from the NARBC Tinley expo (October 10-12, 2025) and celebrated this outcome, encouraging her followers to amplify her claims.
6. As a direct result of Defendant's posts: a. Plaintiffs were banned from the NARBC Tinley expo, and other expos in the area, resulting in lost revenue of approximately $__75,000.00__ b. Multiple customers have canceled orders or refused to do business with Plaintiffs, citing Defendant's posts, causing lost sales exceeding $__10,000.00__ to date. c. Plaintiffs have received numerous harassing and threatening messages from unknown individuals, which I believe were incited by Defendant's posts. True and correct copies of examples are attached to the Motion as Exhibits E and F, including:
    - A message stating: "YOU FUCKING PIECE SHIT, FUCKING COWARDS. Truly feel SO SORRY a child has to be raised by you."
    - A message stating: "Kill yourself nobody will miss you. You should be suffocated in a trash bag too. No one will ever love you." d. These threats reference my family (including children) and have caused me and my family reasonable fear for our physical safety. I have filed a police report with my local police department as a result.
7. On October 20, 2025, Plaintiffs sent a cease and desist letter to Defendant demanding she stop her conduct and remove the posts (true and correct copy attached as Exhibit A to the Motion). Defendant refused through her counsel's letter dated October 30, 2025 (true and correct copy attached as Exhibit B).
8. Defendant's ongoing posts and the resulting threats continue to cause irreparable harm to Plaintiffs' reputation, business relationships, and personal safety. Monetary damages alone cannot fully remedy the loss of goodwill in our niche industry or the fear caused by

threats to me and my family. Without immediate relief, further harm—including additional lost business and potential escalation of threats—will occur before a hearing can be held.

9. The screenshots of Defendant's Instagram posts (attached as Exhibit D to the Motion) and the threatening messages (Exhibits E and F) are true and correct copies of what I have viewed and received.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Print Name: Yesenia Salmeron

Executed on this __19__ day of __Dec__, 2025, at __Palm Beach__ County, Florida.

SWORN TO AND SUBSCRIBED before me this __19__ day of __Dec__, 2025.

_____
Notary Public
My Commission Expires: 01/24/2028

RICHARD T DANCA
Notary Public - State of Florida
Commission # HH 479449
My Comm. Expires Jan 24, 2028



# Acknowledgement by Individual

State of Florida

County of **PALM BEACH**

The foregoing instrument was acknowledged before me this **19** day of **DECEMBER**, 20 **25**, by means of ☒ physical presence or ☐ online notarization **YESENIA SALMERON** (name of person acknowledging).

☐ Personally known to me
☒ Produced Identification

Type of Identification Produced **FLORIDA DRIVERS LICENSE**

Notary Signature _[signature]_

Notary name (typed or printed) **RICHARD T DANCA**

Title (e.g., Notary Public) Notary Public

Place Seal Here

RICHARD T DANCA
Notary Public - State of Florida
Commission # HH 479449
My Comm. Expires Jan 24, 2028

## For Bank Purposes Only Description of Attached Document

Type or Title of Document

**DECLARATION OF PLAINTIFF IN SUPPORT OF PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER**

Document Date
**12/19/2025**

Number of Pages
**2**

Signer(s) Other Than Named Above
**NONE**

Account Number (if applicable)
**N/A**

© 2025 Wells Fargo Bank, N.A. All rights reserved.
DSG5350FL/595501 (Rev 08 - 06/25)