"EXHIBIT D"



**inspireexotics** 13h  Follow

> I told one of the NARBC reps. They said they're banned going forward but didn't see an e mail, asked where it was sent
> ❤️

> New moons getting banned
> I called Brian to let him know what happened with them

> Amazing, thank you so much! ☺️

**Thank you @hausoflespood and @tarantulacribs for helping me get the show promoter's attention**

**And thank you NARBC for banning New Moon Reptiles/The 2 Amigos** 🙏



**New Moon Reptiles at Tinley**

Inspire Exotics <inspireexotics@gmail.com>  Monday
to bap267@aol.com

Dear Brian,

I hope you're doing well. I attended NARBC Tinley last weekend (October 10–12) and had an incredible time. Thank you for all the work that goes into making the show such a great experience.

I wanted to bring something to your attention that was concerning to me and several others in the community. A vendor present at Tinley, New Moon Reptiles, has previously been linked to a serious incident at the January Supershow in California.

During that event, they reportedly shipped reptiles despite severe weather warnings, which caused delays in transit. The animals did not arrive until the final day of the show, and according to multiple eyewitnesses, most had unfortunately died during shipping. It was reported that numerous deceased animals were being discarded on-site.

Following the show, another vendor, DD's Plants, discovered trash bags containing the remains of these reptiles, but inside were twelve animals still alive. I've attached photos and videos of the situation, though please note they are quite disturbing.

I'm sharing this information because I know NARBC values the well-being of animals, the integrity of its vendors, and the trust of attendees. New Moon Reptiles is also widely known among keepers for selling mass-bred and wild-caught animals in questionable condition, and I have included screenshots of customer reviews reflecting those concerns.

Thank you so much for your time and for continuing to make NARBC a safe, reputable, and enjoyable event for everyone involved. I appreciate your attention to this matter.

All the best,

Send message...

