

"EXHIBIT E"