"EXHIBIT F"

5:10    .ıl 5G⁰ 🔋

< 7                          ∧ ∨

 **Kill yourself blow your brains out**    4:21 PM
To: Yesenia Salmeron >
Reply To: Kill yourself blow your brains … ❓ >

# [New Moon Reptiles] Contact - new submission

**Kill yourself blow your brains out** just submitted your form: Contact on New Moon Reptiles

### Message Details:

NAME: Kill yourself blow your brains out

EMAIL: skscnsnuskskdfh@gmail.con

PHONE: -

MESSAGE: Kill yourself. Not a single person will miss you. You're useless, fat as fuck, and animal abusers. KILL YOURSELVES.

Reply directly or go to your site's Inbox:

[ Respond Now ]



5:10 · 5G

< 7 ∧ ∨



**Commit suicide**                    4:21 PM
To: Yesenia Salmeron >
Reply To: Commit suicide ⍰ >

# [New Moon Reptiles] Contact - new submission

**Commit suicide** just submitted your form:
Contact
on New Moon Reptiles

### Message Details:

NAME: Commit suicide

EMAIL: babehdidownsbxho@gmail.com

PHONE: -

MESSAGE: When you finally die not a single person will cry. You're useless fat lards, waste of space. Commit suicide. Kill yourself

Reply directly or go to your site's Inbox:

**Respond Now**





5:09

**Die**
To: Yesenia Salmeron  >
Reply To: Die ?  >

4:22 PM

# [New Moon Reptiles] Contact - new submission

**Die** just submitted your form: Contact
on New Moon Reptiles

### Message Details:

NAME: Die

EMAIL: bdjsjsbxuoaoaak@gmail.com

PHONE: -

MESSAGE: SLIT YOUR WRISTS

Reply directly or go to your site's Inbox:

**Respond Now**

If you think this submission is spam, report it as spam.

To edit your email settings, go to your Inbox on desktop.



5:09



**KILL YOURSELF**  4:22 PM
To: Yesenia Salmeron >
Reply To: KILL YOURSELF ❓ >

# [New Moon Reptiles] Contact - new submission

**KILL YOURSELF** just submitted your form: Contact
on New Moon Reptiles

### Message Details:

NAME: KILL YOURSELF

EMAIL: bdhaowhfhdqn@gmail.com

PHONE: -

MESSAGE: USELESS FAT BLOBBY UGLY DISGUSTING MURDERERS. NO ONE LOVES YOU. BLOW YOUR HEAD OFF.

Reply directly or go to your site's Inbox:

**Respond Now**



