**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 26-80055-CIV-CANNON/McCabe**

**NEW MOON REPTILES LLC**, and
**TWO AMIGOS IMPORTS &
EXPORTS, INC.**,

      Plaintiffs,

v.

**DARIKA SAEKOW** *d/b/a* **DD'S PLANTS**,

      Defendant.
_____/

**ORDER CLOSING CASE**

      **THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed on February 26, 2026 [ECF No. 14].  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective February 26, 2026, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 14].  The Clerk of Court shall **CLOSE** this case.

      **ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of February 2026.

                                                     **AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record